UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| HUAKUN KE,<br>Petitioner,<br>v.<br>JAMES JANECHA, et al.,<br>Respondents. | Case No. 5:26-cv-04342-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied with prejudice as to Count One and denied without prejudice as to Count Two.

Dated: August 17, 2026 ____

JOHN D. EARLY
United States Magistrate Judge